IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS BAILEY | : | CIVIL ACTION |
| | : | NO. 07-719 |
| v. | : | |
| | : | |
| DAVID DIGUGLIELMO, et al. | : | |

## ORDER

AND NOW, this 8th day of February, 2011, in consideration of the evidence presented at trial and the post-trial briefs of both parties and for the reasons stated in the accompanying memorandum, it is ORDERED that JUDGMENT IS ENTERED in favor of defendants Thomas Achey, Heather Craiter, Steven Gavlik, John Lozar, Kevin MacGreggor, Jeffrey McCusker, Andrew Thomas and Jeffrey Trower and against plaintiff Demetrius Bailey on all counts.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.